# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 21-7130**                    **September Term, 2021**

**1:21-cv-02415-UNA**

**Filed On:** February 25, 2022

Brud Rossmann,

      Appellant

    v.

Peter Newsham, Chief of Police, et al.,

      Appellees

### ON APPEAL FROM THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

**BEFORE:**    Rao and Jackson, Circuit Judges, and Sentelle, Senior Circuit Judge

### J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief and supplements filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed September 24, 2021, be affirmed. The district court dismissed appellant's complaint under 28 U.S.C. § 1915(e)(2)(B)(ii) and Federal Rule of Civil Procedure 8(a) because "[t]he connection of the defendants to one another and to the intended claims and causes of action, if any, are completely undefined" in the complaint, and appellant has shown no error in the district court's decision. See Ashcroft v. Iqbal, 556 U.S. 662, 678-79 (2009).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

#### Per Curiam

                    **FOR THE COURT:**
                    Mark J. Langer, Clerk

        BY:    /s/
                  Daniel J. Reidy
                  Deputy Clerk